UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CITIBANK, N.A.,

                      Plaintiff,                        **25-CV-05502 (JAV) (VF)**

           -against-                             **ORDER**

GREGORY A. CHOPSKIE,

                    Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff commenced this action on July 2, 2025. ECF No. 1. Service was properly effectuated on July 15, 2025. See ECF No. 8. Defendant did not respond to the complaint.

      Plaintiff filed a motion for default judgment on October 7, 2025. ECF No. 18. To date, Defendant has not filed an opposition nor appeared in this matter. Defendant is hereby warned that if he fails to respond to the motion or fails to seek an extension of time to do so, the default judgment motion will be deemed fully briefed, and the Court will rule on it based solely on Plaintiff's papers. Defendant is further warned that the failure to oppose the motion may result in the entry of a default judgment against Defendant on the merits of Plaintiff's claims. Defendant is granted an extension of time to appear and oppose the default motion and must do so by **November 21, 2025**.

      Plaintiff is directed to serve a copy of this Order on Defendant.

      **SO ORDERED.**

DATED:    New York, New York
               November 6, 2025

                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge