UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                    :

CITIBANK, N.A.,                        :

                 Plaintiff,       :             25-CV-05502 (JAV)

                        :

        -v-                  :       ORDER SCHEDULING
                        :      DEFAULT JUDGMENT
GREGORY A. CHOPSKIE,        :    BRIEFING AND HEARING

                        :

               Defendant.     :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff has represented that Defendant Gregory A. Chopskie has been served with the

Complaint, which is the document that sets forth Plaintiff's claims against Defendant.  To date,

however, Defendant Gregory A. Chopskie has not made an appearance in this case, or otherwise

responded to the Complaint.  On **October 7, 2025**, Plaintiff filed a motion for a default judgment

under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 18.

      A default judgment is a legal ruling that ends the litigation in favor of a plaintiff as a

result of a defendant's failure to respond to a complaint.  Should Plaintiff obtain a default

judgment, the Court could grant Plaintiff some or all of the relief requested in the Complaint.

Defendant Gregory A. Chopskie could even be determined to be liable to pay money damages to

Plaintiff.  If Defendant Gregory A. Chopskie does not participate in the lawsuit now, he would

likely waive his right to raise factual or legal defenses that he may have to Plaintiff's claims.

      On November 6, 2025, Magistrate Judge Figueredo granted an extension of time, *sua*

*sponte*, for Defendant to appear and oppose the motion for default judgment by **November 21,**

**2025**.  ECF No. 24.  If Defendant does not have an attorney, he can submit the opposition papers

as PDFs by email to Pro_Se_Filing@nysd.uscourts.gov.  A party who is unable to use email may

still submit documents by regular mail to the Daniel Patrick Moynihan Courthouse, Pro Se

Intake Unit, 500 Pearl St., Room 205, New York, NY 10007, or in person at the drop box located

at the U.S. Courthouse at 500 Pearl Street.

A hearing on the default judgment motion will be held before this Court on **December 22, 2025**, at **10:30am**, in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York, New York, to determine whether a default judgment should be entered against Defendant.

**Within one business day of the date of this Order**, Plaintiff is ORDERED to serve Defendant via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order.  Within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated:  November 12, 2025
      New York, New York

JEANNETTE A. VARGAS
United States District Judge