UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
CITIBANK, N.A.,                                                    :
                                                                   :
                                   Plaintiff,                      :
                                                                   :          25-CV-05502 (JAV)
              -v-                                                   :
                                                                   :                ORDER
GREGORY A. CHOPSKIE,                                               :
                                                                   :
                                   Defendant.                      :
                                                                   :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

For the reasons set forth in the oral opinion delivered at the hearing held on December 22, 2025, Plaintiff's Motion for Default Judgment is GRANTED.

The Clerk of Court is directed to enter judgment against Gregory A. Chopskie in the amount of $89,954.16 in breach of contract damages. Furthermore, Plaintiff is awarded attorneys' fees in the amount of $18,039.41 and costs of $405, as well as post-judgment interest as provided in 28 U.S.C. § 1961(a).

The Clerk of Court is respectfully directed to close the case and terminate all pending motions.

SO ORDERED.

Dated: December 22, 2025
       New York, New York               _____
                                        JEANNETTE A. VARGAS
                                        United States District Judge