**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CITIBANK, N.A,

                 Plaintiff,

                                             25 **CIVIL** 5502 (JAV)

        -against-                        **DEFAULT JUDGMENT**

GREGORY A. CHOPSKIE,

                 Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated December 22, 2025, Plaintiff's motion for a default judgment is GRANTED; accordingly, judgment is entered in favor of Citibank, N.A. against Gregory A. Chopskie in the amount of $89,954.16 in breach of contract damages. Furthermore, Plaintiff is awarded attorneys' fees in the amount of $18,039.41 and costs of $405, as well as post-judgment interest as provided in 28 U.S.C. § 1961(a), and the case is closed.

**DATED**: New York, New York
          December 29, 2025

                                 **TAMMI M. HELLWIG**

                                    **Clerk of Court**

                    **BY**: _____
                                    **Deputy Clerk**